**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 41129**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2014 Unpublished Opinion No. 398 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: February 25, 2014 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| KATHERINE RENEE POE, aka | ) | THIS IS AN UNPUBLISHED |
| KATHERINE RENEE SHATTO, | ) | OPINION AND SHALL NOT |
| KATHERINE RENEE JOHNSON, | ) | BE CITED AS AUTHORITY |
| KATHRINE RENEE POE, RENEE POE, | ) | |
| RENEE JOHNSON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Cheri C. Copsey, District Judge.

Judgment of conviction and unified sentence of seven years, with two years determinate, for possession of a controlled substance, affirmed.

Sara B. Thomas, State Appellate Public Defender; Kimberly E. Smith, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; GRATTON, Judge;
and MELANSON, Judge

_____

PER CURIAM

Katherine Renee Poe pled guilty to possession of a controlled substance. Idaho Code § 37-2732(c). The district court sentenced Poe to a unified term of seven years, with two years determinate. Poe appeals, contending her sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011,

1

1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Poe's judgment of conviction and sentence are affirmed.